ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN A. GULSETH
Special Assistant United States Attorney
California Bar No. 160872

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8923
Facsimile:  (415) 744-0134
E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARIA CHOLICO,                          )
                                        )          No. CV 10-07672 SS
        Plaintiff,                      )
                                        )          [PROPOSED]
        v.                              )          JUDGMENT OF REMAND
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
        Defendant.                      )
_____)

        The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for

further proceedings consistent with the Stipulation of Remand.


DATED:   _August 2, 2011_                _/S/ Suzanne H. Segal_____
                                         HON. SUZANNE H. SEGAL
                                         UNITED STATES MAGISTRATE JUDGE